UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

v.

NIHEEME ANDERSON,

                              Defendant.
---------------------------------------------------------X

**SCHEDULING ORDER**

7:24-cr-219-PMH

      An Initial Conference has been scheduled for May 1, 2024 at 11:30 a,m. in Courtroom 520 at the White Plains Courthouse.

      It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       April 29, 2024

_____
Philip M. Halpern
United States District Judge