```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA                :
                                        :       MOTION SCHEDULING ORDER
           v.                           :
                                        :       24-CR-00219 (PMH)
 NIHEEME ANDERSON                       :
                                        :
                    Defendant.          :
-------------------------------------------------------x
```

At today's status conference, the Court set the following briefing schedule for pretrial motions:

1. Defendant's motions, if any, shall be filed by June 20, 2024.

2. The government's opposition shall be filed by July 19, 2024.

3. Defendant's reply, if any, shall be filed by August 2, 2024.

4. Absent prior permission, sur-reply papers will not be accepted.

The Court encourages and appreciates brevity. Absent prior permission, memoranda of law in support of and in opposition to motions are limited to 25 pages, and reply memoranda are limited to 10 pages.

Counsel shall submit a courtesy copy of all motion papers to Chambers.

If an evidentiary hearing is requested, that request must be made by letter to accompany the courtesy copies delivered to Chambers. The letter should indicate whether the government consents to a hearing.

Oral argument is scheduled for August 28, 2024 at 10:00 a.m..

For the reasons stated on the record at today's conference, time is excluded under the Speedy Trial Act in the interest of justice until August 28, 2024.

Dated: May 1, 2024

SO ORDERED:

_____
Philip M. Halpern
United States District Judge