UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

v.

NIHEEME ANDERSON,

                                Defendant.
-------------------------------------------------------X

**SCHEDULING ORDER**

7:24-cr-219-PMH

       A Change of Plea Hearing has been scheduled for July 24, 2025 at 2:30 p.m. in Courtroom 620 at the White Plains Courthouse.

       It is the responsibility of the Government to have the Defendant produced to Courtroom 620 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
          July 22, 2025

_____
Philip M. Halpern
United States District Judge