UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

v.

NIHEEME ANDERSON,

                         Defendant.
-------------------------------------------------------X

**SCHEDULING ORDER**

7:24-cr-219-PMH

Due to a scheduling conflict, the Sentencing Hearing scheduled for January 8, 2026 is re-scheduled to January 7, 2026 at 10:00 a.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       August 25, 2025

_____
Philip M. Halpern
United States District Judge